# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2008

136652

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

LEONARD MCCOY,
          Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136652
COA: 281711
Wayne CC: 03-000599-01

_____/

On order of the Court, the application for leave to appeal the May 13, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008

Clerk